AO 458 (Rev. 10/95 - Rev. D. MA 2/07)   Appearance - Criminal

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | **APPEARANCE** |
|---|---|
| V. | |
| Bourque, et al. | Case Number: 1:13-cr-10164-WGY-13 |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

John Kinney

I certify that I am admitted to practice in this court.

Attorney Designation in Criminal Cases:
- ☐ CJA Appointment
- ☐ Federal Public Defender
- ☑ Retained
- ☐ Pro Bono

| 6/18/2013 | *(signature)* | |
|---|---|---|
| Date | Signature | |
| | Edward J. McCormick, III | 329780 |
| | Print Name | Bar Number |
| | 195 Main Street, Suite Six | |
| | Address | |
| | Franklin | MA | 02038 |
| | City | State | Zip Code |
| | (508) 520-0333 | (508) 520-0383 |
| | Phone Number | Fax Number |

CERTIFICATE OF SERVICE

    I, Edward J. McCormick III, certify that the above document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system upon notification by the Court of those individuals who will not be served electronically.