UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO.: 1:13-cr-10164-WGY-13

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>               Plaintiff, ) <br>                        ) <br> v.                             ) <br>                        ) <br> JOHN KINNEY, ) <br>               Defendant. ) | Assented To Motion For An Extension <br> of Time to File Motions |

      Now comes the defendant John Kinney and respectfully moves this Honorable Court to issue an order extending the time for him to file any and all motions that might be deemed necessary from December 3, 2013 to December 11, 2013.

      In support of this motion the defendant assigns the following:

1. That in his previous motion for an extension of time to file motions, counsel for the defendant had stated he had undergone a series of medical procedures which had kept him out of the office.

2. That since that time counsel for the defendant has learned that he must undergo surgery, which is now scheduled for December 3, 2013.

3. That accordingly counsel for the defendant is in need of more time to file the motions that he might deem necessary in the instant matter.

4. That counsel for the United States has assented to the instant motion.

|  |  |
|---|---|
|  | Respectfully Submitted |
|  | The Defendant, |
| Assent: | By His Attorney, |
|  |  |
| /s/Michael I. Yoon | /s/Edward J. McCormick, III |
| Michael I. Yoon | Edward J. McCormick, III |
| United States Attorney's Office | McCormick & Maitland |
| John Joseph Moakley Federal Courthouse | Suite Six – Hayward Manor |
| 1 Courthouse Way | 195 Main Street |
| Suite 9200 | Franklin, MA  02038 |
| Boston, MA 02210 | (508) 520-0333 |
|  | BBO #329780 |

CERTIFICATE OF SERVICE

    I, Edward J. McCormick III, certify that the above document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system upon notification by the Court of those individuals who will not be served electronically.