UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO.: 1:13-cr-10164-WGY-13

_____
UNITED STATES OF AMERICA,  )
                  Plaintiff,  )
                                  )
v.                                  )        Assented To Motion For An Extension
                                  )        of Time to File Motions
JOHN KINNEY,               )
                 Defendant.  )
_____)

       Now comes the defendant John Kinney and respectfully moves this Honorable Court to issue an order extending the time for him to file any and all motions that might be deemed necessary from January 24, 2014, to January 27, 2014.

       In support of this motion the defendant assigns the following:

1.       That counsel for the defendant has been out of the office for the last several days due to the flu.

2..      That counsel for the United States has assented to the instant motion.

                                                       Respectfully Submitted
                                                       The Defendant,
Assent:                                           By His Attorney,

/s/Michael I. Yoon                                /s/Edward J. McCormick, III
Michael I. Yoon                                      Edward J. McCormick, III
United States Attorney's Office              McCormick & Maitland
John Joseph Moakley Federal Courthouse   Suite Six – Hayward Manor

| | |
|---|---|
| 1 Courthouse Way | 195 Main Street |
| Suite 9200 | Franklin, MA  02038 |
| Boston, MA 02210 | (508) 520-0333 |
| | BBO #329780 |

CERTIFICATE OF SERVICE

    I, Edward J. McCormick III, certify that the above document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system upon notification by the Court of those individuals who will not be served electronically.