UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO.: 1:13-cr-10164-WGY-13

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>          )<br>v.         )<br>          )<br>JOHN KINNEY,  )<br>    Defendant. )<br>          ) | Defendant John Kinney's Assented To<br>Motion For Leave To Join Defendant Mark<br>Newton's Motion To Suppress |

  Now comes the defendant John Kinney and respectfully moves this Honorable Court to issue an order granting him leave to join in co-defendant Mark Newton's Motion To Suppress and Incorporated Memorandum of Law (Docket Entry #193).

  In support of this motion the defendant assigns the following:

1. That co-defendant Mark Newton has moved to suppress wire communications intercepted over Target Telephones 3, 4, and 5, as well as evidence derived from the intercepted communications. The basis of Mr. Newton's motion to suppress is the government's failure to comply with the provision of 18 U.S.C. § 2518(8)(a) required the sealing of intercepted recordings "immediately upon the expiration of the period of the [wiretap] order . . . ." (Docket Entry #193).

2. That the defendant John Kinney is an "aggrieved person" under the wiretap statute because the interceptions of Target Telephones 3 and 4 were directed at him and he was a party to the intercepted communications. The Defendant John

1

   Kinney therefore has standing to raise the same challenges. 18 U.S.C. §§ 2510(11), 2518(10)(a).

  3..  That counsel for the United States has assented to the instant motion.

WHEREFORE, the defendant John Kinney respectfully requests that the Court allow this motion, and allow him to join in co-defendant Mark Newton's Motion to Suppress.

|  |  |
|---|---|
| Assent: | Respectfully Submitted<br>The Defendant,<br>By His Attorney, |
| /s/Michael I. Yoon<br>Michael I. Yoon<br>United States Attorney's Office<br>John Joseph Moakley Federal Courthouse<br>1 Courthouse Way<br>Suite 9200<br>Boston, MA 02210 | /s/Edward J. McCormick, III<br>Edward J. McCormick, III<br>McCormick & Maitland<br>Suite Six – Hayward Manor<br>195 Main Street<br>Franklin, MA  02038<br>(508) 520-0333<br>BBO #329780 |

CERTIFICATE OF SERVICE

I, Edward J. McCormick III, certify that the above document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system upon notification by the Court of those individuals who will not be served electronically.

2