UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO.: 1:13-cr-10164-WGY-13

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>             )<br>v.           )<br>             )<br>JOHN KINNEY, )<br>    Defendant. )<br>             ) | Motion To Continue Trial |

Now comes the defendant John Kinney and respectfully moves this Honorable Court to issue an order continuing the trial presently scheduled for March 3, 2014.

In support of this motion the defendant assigns the following:

1. That counsel for the defendant will undergo a surgical procedure on February 27, 2014. This procedure will not require hospitalization, but will result in bandages to the face.

2. That recently, the prosecution has notified the defendant, that two co-defendants, Michael Bourque and Raymond Panaggio will in all likelihood, enter a guilty plea and testify on behalf of the prosecution. This unanticipated turn of events dramatically changes the evidence to be introduced at trial.

3. That the prosecution has, by e-mail, on February 11, 2014, furnished the defendant with additional discovery, voluminous in nature, and has also put the defendant on notice that supplemental discovery will be forthcoming.

4. That due to the above, counsel is in need of additional time to prepare for trial. Moreover, as the defendant is in custody, counsel must travel to consult with the defendant.

5. That while the prosecution has complied with the time standards set forth by the Local Rules, the disclosure at this time, in addition to the disclosure of two cooperating co-defendants, makes proper preparation for trial impossible.

Respectfully Submitted
The Defendant,
By His Attorney,

/s/Edward J. McCormick, III
Edward J. McCormick, III
McCormick & Maitland
Suite Six – Hayward Manor
195 Main Street
Franklin, MA  02038
(508) 520-0333
BBO #329780

CERTIFICATE OF SERVICE
I, Edward J. McCormick III, certify that the above document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system upon notification by the Court of those individuals who will not be served electronically.