UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO.: 1:13-cr-10164-WGY-13

_____
UNITED STATES OF AMERICA,  )
                Plaintiff,    )
                                    )
v.                                 )          Assented To Motion to Continue Sentencing
                                    )          Hearing
JOHN KINNEY,                )
                Defendant.   )
_____)

       Now comes the defendant John Kinney and respectfully moves this Honorable Court to issue an order continuing the sentencing hearing presently scheduled in the above-entitled matter for July 22, 2014. The defendant seeks only a brief continuance of a few weeks.

1. That counsel for the defendant must be unexpectedly out of the office on a family matter.

2. That the defendant has not previously requested a continuance of this sentencing hearing..

3. That counsel for the United States has assented to the instant motion.

                                                          Respectfully Submitted
                                                          The Defendant,
Assent:                                               By His Attorney,

/s/Michael I. Yoon                               /s/Edward J. McCormick, III
Michael I. Yoon                                   Edward J. McCormick, III
United States Attorney's Office               McCormick & Maitland
John Joseph Moakley Federal Courthouse    Suite Six – Hayward Manor
1 Courthouse Way                                195 Main Street
Suite 9200                                             Franklin, MA  02038

Boston, MA 02210                                                  (508) 520-0333
                                                                                                         BBO #329780

<u>CERTIFICATE OF SERVICE</u>

      I, Edward J. McCormick III, certify that the above document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system upon notification by the Court of those individuals who will not be served electronically.

2