UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO.: 1:13-cr-10164-WGY-13

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>     Plaintiff, )<br>)<br>v. )<br>)<br>JOHN KINNEY, )<br>     Defendant. )<br>) | Motion For An Extension of Time To File<br>Objections To Presentence Report |

  Now comes the defendant John Kinney and respectfully moves this Honorable Court to extend the time to file objections to the Presentence Investigation Report From July 2, 2014, to August 8, 2014.

  In support of this motion the defendant assigns the following:

  1. That sentencing has been continued to September 12, 2014;

  2. That additional time is necessary to confer with Mr. Kinney who is presently in custody.

                Respectfully Submitted
                The Defendant,
                By His Attorney,

                /s/Edward J. McCormick, III
                Edward J. McCormick, III
                McCormick & Maitland
                Suite Six – Hayward Manor
                195 Main Street
                Franklin, MA  02038
                (508) 520-0333
                BBO #329780

CERTIFICATE OF SERVICE

I, Edward J. McCormick III, certify that the above document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system upon notification by the Court of those individuals who will not be served electronically.