UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO.: 1:13-cr-10164-WGY-13

_____
UNITED STATES OF AMERICA,   )
                  Plaintiff,     )
                                 )
v.                               )        Assented To Motion For An Extension of
                                 )        Time To File Objections To Presentence
                                 )        Report
JOHN KINNEY,                     )
                  Defendant.     )
_____)

Now comes the defendant John Kinney and respectfully moves this Honorable Court to

issue an order extending the time to file objections to the Pre-Sentence Investigation Report and

to file a Pre-Sentence Memorandum from September 5, 2014, to September 26, 2014.

In support of this motion the defendant assigns the following:

1.      That counsel for the defendant John Kinney has unexpectedly been out of the

office longer than anticipated due to numerous litigation matters.

2.      That counsel for the defendant has been further delayed from meeting with the

defendant, who is in custody, to finalize his Objections to the Pre-Sentence Report

and Pre-Sentence Memorandum.

3.      That counsel for the United States has assented to the instant motion.

1

|  | Respectfully Submitted |
|---|---|
|  | The Defendant, |
| Assent: | By His Attorney, |


/s/Michael I. Yoon                          /s/Edward J. McCormick, III
Michael I. Yoon                             Edward J. McCormick, III
United States Attorney's Office             McCormick & Maitland
John Joseph Moakley Federal Courthouse      Suite Six – Hayward Manor
1 Courthouse Way                            195 Main Street
Suite 9200                                  Franklin, MA  02038
Boston, MA 02210                            (508) 520-0333
                                            BBO #329780


## CERTIFICATE OF SERVICE

I, Edward J. McCormick III, certify that the above document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system upon notification by the Court of those individuals who will not be served electronically.