UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO.: 1:13-cr-10164-WGY-13

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>              Plaintiff, )<br>                     )<br>v.                     )<br>                     )<br>JOHN KINNEY,    )<br>              Defendant. )<br>) | Assented To Motion to Continue Sentencing Hearing |

      Now comes the defendant John Kinney and respectfully moves this Honorable Court to issue an order continuing the sentencing hearing presently scheduled in the above-entitled matter for October 30, 2014, to a date in late November, 2014.

1. That counsel for the defendant has been delayed out of the office on multiple occasions due to litigation matters, medical issues and personal matters.

2. That counsel for the defendant has been notified by the United States Probation Office that additional will be necessary to respond to his objections to their Presentence Investigation Report.

3. That counsel for the United States has assented to the instant motion.

                                                         Respectfully Submitted
                                                         The Defendant,
Assent:                                            By His Attorney,

| | |
|---|---|
| /s/Michael I. Yoon | /s/Edward J. McCormick, III |
| Michael I. Yoon | Edward J. McCormick, III |
| United States Attorney's Office | McCormick & Maitland |
| John Joseph Moakley Federal Courthouse | Suite Six – Hayward Manor |
| 1 Courthouse Way | 195 Main Street |
| Suite 9200 | Franklin, MA  02038 |
| Boston, MA 02210 | (508) 520-0333 |
| | BBO #329780 |

CERTIFICATE OF SERVICE

I, Edward J. McCormick III, certify that the above document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system upon notification by the Court of those individuals who will not be served electronically.