UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 13-10164-WGY |
| | ) | |
| 13.  JOHN KINNEY | ) | |

## DECLARATION OF PUBLICATION

Pursuant to 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, which authorizes the manner of publication of an Order of Forfeiture in a criminal case, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on August 16, 2014 and ending on September 14, 2014.  *See* Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on November 14, 2014 at Boston, Massachusetts.

By:  /s/ *Doreen M. Rachal*
DOREEN M. RACHAL
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Dated: November 14, 2014            (617) 748-3100

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the Electronic Case Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ *Doreen M. Rachal*
DOREEN M. RACHAL
Dated: November 14, 2014            Assistant United States Attorney

## **EXHIBIT 1**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
## COURT CASE NUMBER: CR 13-10164-WGY; NOTICE OF FORFEITURE

Notice is hereby given that on June 23, 2014, in the case of <u>U.S. v. 13. John Kinney</u>, Court Case Number CR 13-10164-WGY, the United States District Court for the District of Massachusetts entered an Order condemning and forfeiting the following property to the United States of America:

> One gray 2005 Ford F-150, bearing Vehicle Identification Number 1FTPX14595FA24324 and Massachusetts Registration 634SG3

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (August 16, 2014) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 1 Courthouse Way, Suite 2300, Boston, MA 02210, and a copy served upon Assistant United States Attorney Doreen Rachal, 1 Courthouse Way, Suite 9200, Boston, MA  02210. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between August 16, 2014 and September 14, 2014. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. 13. John Kinney

**Court Case No:** CR 13-10164-WGY
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 08/16/2014 | 24.0 | Verified |
| 2 | 08/17/2014 | 24.0 | Verified |
| 3 | 08/18/2014 | 24.0 | Verified |
| 4 | 08/19/2014 | 24.0 | Verified |
| 5 | 08/20/2014 | 21.8 | Verified |
| 6 | 08/21/2014 | 22.3 | Verified |
| 7 | 08/22/2014 | 24.0 | Verified |
| 8 | 08/23/2014 | 24.0 | Verified |
| 9 | 08/24/2014 | 24.0 | Verified |
| 10 | 08/25/2014 | 24.0 | Verified |
| 11 | 08/26/2014 | 24.0 | Verified |
| 12 | 08/27/2014 | 24.0 | Verified |
| 13 | 08/28/2014 | 24.0 | Verified |
| 14 | 08/29/2014 | 24.0 | Verified |
| 15 | 08/30/2014 | 24.0 | Verified |
| 16 | 08/31/2014 | 24.0 | Verified |
| 17 | 09/01/2014 | 24.0 | Verified |
| 18 | 09/02/2014 | 24.0 | Verified |
| 19 | 09/03/2014 | 24.0 | Verified |
| 20 | 09/04/2014 | 24.0 | Verified |
| 21 | 09/05/2014 | 24.0 | Verified |
| 22 | 09/06/2014 | 24.0 | Verified |
| 23 | 09/07/2014 | 24.0 | Verified |
| 24 | 09/08/2014 | 24.0 | Verified |
| 25 | 09/09/2014 | 24.0 | Verified |
| 26 | 09/10/2014 | 24.0 | Verified |
| 27 | 09/11/2014 | 24.0 | Verified |
| 28 | 09/12/2014 | 24.0 | Verified |
| 29 | 09/13/2014 | 23.8 | Verified |
| 30 | 09/14/2014 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.