UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO.: 1:13-cr-10164-WGY-13

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                Plaintiff, )<br>                          )<br>v.                             )<br>                          )<br>JOHN KINNEY,         )<br>             Defendant. )<br>                         ) | <u>Assented To Motion to Continue Sentencing Hearing</u> |

      Now comes the defendant John Kinney and respectfully moves this Honorable Court to order a short continuance of the sentencing hearing presently scheduled in the above-entitled matter for April 30, 2015

1. That the defendant presently has a warrant from Middlesex Superior Court and is in the process of addressing this issue.

2. That counsel for the United States has assented to the instant motion.

|  | Respectfully Submitted<br>The Defendant, |
|---|---|
| Assent: | By His Attorney, |

| <u>/s/ Crystal Yang</u> | <u>/s/Edward J. McCormick, III</u> |
|---|---|
| Crystal Yang | Edward J. McCormick, III |
| United States Attorney's Office | McCormick & Maitland |
| John Joseph Moakley Federal Courthouse | Suite Six – Hayward Manor |
| 1 Courthouse Way | 195 Main Street |
| Suite 9200 | Franklin, MA  02038 |
| Boston, MA 02210 | (508) 520-0333 |
|  | BBO #329780 |

1

CERTIFICATE OF SERVICE

    I, Edward J. McCormick III, certify that the above document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system upon notification by the Court of those individuals who will not be served electronically.